In the Interest of J.T.M.

Gary J. WAINT, Juvenile Officer, Respondent,

v.

J.S.M., Jr., Natural Father, Appellant,

and

B.K.M., Natural Mother, Defendant.

No. WD 53466.

Missouri Court of Appeals, Western District.

Sept. 30, 1997.

Cynthia A. Suter, Moberly, Guardian ad Litem.

Diane Lynn Painter, Moberly, for Respondent.

Thomas M. Shea, Moberly, for Appellant.

Before ELLIS, P.J., and LOWENSTEIN and HOWARD, JJ.

## ORDER

PER CURIAM.

Appeal from a termination of parental rights under § 211.447, RSMo 1994.

Affirmed. Rule 84.16(b).